*The Wright Counseling*
*675 East Big Beaver Road, Suite 207*
*Troy, Michigan 48083*

*License type: Licenced Professional Counselor*
*License number: 6401016611*
*State: Michigan*

12/07/2021

To Whom It May Concern,

I am writing this letter as Christopher Whiteaker's Mental Health Clinician. My goal is to advocate for him and to assist him in living his best quality of life. In October of 2021, I initially met with Christopher to conduct a biopsychosocial intake and complete a collection of mental health assessments. During our first session the following assessments were conducted:

- Generalized Anxiety Disorder 7 (GAD-7)
- Patient Health Questionnaire (PHQ-9)
- Emotional Support Animal (ESA) Evaluation

Christopher's assessment indicated that his depression severity is considered to be moderately severe and his risk level regarding his anxiety is moderate. After collecting and evaluating the data, I have diagnosed Christopher with Generalized Anxiety Disorder (GAD) 300.02 (F41.8) and Major Depressive Disorder (MDD), Recurrent, Moderate 296.32 (F33.1). These diagnoses can be found in the Diagnostic and Statistical Manual of Mental Disorders-Fifth Edition (DSM-5).

During our intake session, Christopher shared that his chickens foster a calm, peaceful and relaxing environment for him on a daily basis. He also stated that having his chickens gives him purpose and expressed feelings very connected to them. His description of the support he receives from his chickens confirms that he benefits mentally, emotionally and physically from having access to them regularly. Therefore, his animals: (1) a chicken, Daisy, 1lbs and (2) a chicken, Lucy, 1lbs and (3) a chicken, Georgie, 1 lbs and (4) a chicken, Matilda, 1lbs and (5) a chicken, Rosie, 1lbs and (6) a chicken, Isabella, 1lbs all meet the criteria to qualify as Christopher's Emotional Support Animals (ESA). Christopher has shared in great detail how the flock works as a unit and how each chicken brings their own personality to the group. Each chicken allows for the flock to function well and their togetherness is necessary for the flock to remain functional.

In November of 2021, Christopher and I began meeting on a weekly basis to discuss stress management skills, explore Cognitive Behavioral Therapy (CBT) intervention to decrease his symptoms of anxiety and depression and to develop coping skills. Christopher and I are working together to treat the following depression and anxiety symptoms, difficulty communicating, often feeling irritable, inability to fall and stay asleep nightly and minimal appetite.

It is my clinical option that removing any chickens from the flock will have a negative impact on my client's mental health. It is likely that his depression and anxiety symptoms will increase in both duration and frequency. If and when this increase occurs, it is highly likely that Christopher's daily functioning will be negatively impacted.

Aside from continuing to meet regularly with a mental health clinician, I am requesting that all of his chickens are allowed to live on his property and that any and all accommodations under the federal Fair Housing Amendments Act of 1988 (42 U.S.C 3601, et seq.) be honored. This request is for Christopher's overall well-being, both mentally and physically,

*The Wright Counseling*
*675 East Big Beaver Road, Suite 207*
*Troy, Michigan 48083*

*License type: Licenced Professional Counselor*
*License number: 6401016611*
*State: Michigan*

I am happy to provide any more information and research behind this determination. You can reach me at young.rivard.counseling@gmail.com

Best Regards,

Allie Young-Rivard

Allie Young-Rivard MA LPC